No. 674. ST. LOUIS SOUTHWESTERN RY. Co. *v.* SIMPSON, ADMINISTRATRIX. March 14, 1932. Petition for writ of certiorari to the Supreme Court of Arkansas granted.

**532**

*Messrs. Harold R. Small* and *A. L. Adams* for petitioner. *Mr. Frank Pace* for respondent.